UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-12066-RGS

TOMMY CABRAL CARDENAS,

v.

LAWRENCE SUMMERS,
FORMER PRESIDENT OF HARVARD UNIVERSITY

MEMORANDUM AND ORDER FOR DISMISSAL
January 24, 2012

STEARNS, D.J.

On October 14, 2011, plaintiff Tommy Cabral Cardenas ("Cardenas") filed a complaint against the former President of Harvard University alleging retaliation and discrimination. It was not in proper form and the Clerk's Office did not accept the complaint for filing. Thereafter, on November 22, 2011, Cardenas re-filed his complaint, naming as the defendant Lawrence Summers, the former President of Harvard University.

On December 16, 2011, this court issued a Memorandum and Order (Docket No. 5) granting Cardenas's *in forma pauperis* motion and directing him to file an Amended Complaint within 35 days that comported with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Cardenas also was required to demonstrate that his claims were not frivolous as time barred.

To date, Cardenas failed to file an Amended Complaint as directed, and the time period for doing so has expired.

Accordingly, for the substantive reasons set forth in the Memorandum and Order (Docket No. 5) outlining the legal impediments to Cardenas's complaint, and for the failure of Cardenas to

comply with the directives of this court, it is hereby Ordered that the above-captioned matter is

DISMISSED in its entirety.

SO ORDERED.

                                /s/ Richard G. Stearns
                                UNITED STATES DISTRICT JUDGE